COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Charles Russell
McLEAN.

No. 13185.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

John E. Hughes, of Chicago, Ill., for respondent.

PER CURIAM.

Petition for review docketed and dismissed, on motion of petitioner and consent of respondent.

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Mildred Washburn
McLEAN, Deceased; Charles Russell Mc-
Lean, Executor.

No. 13186.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

John E. Hughes, of Chicago, Ill., for respondent.

PER CURIAM.

Petition for review docketed and dismissed, on motion of petitioner and consent of respondent.

COMMISSIONER OF INTERNAL REVE-
NUE, petitioner, v. ESTATE of John L.
WASHBURN, Deceased; Martha Hooker
Washburn, Executrix.

No. 13187.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

John E. Hughes, of Chicago, Ill., for respondent.

PER CURIAM.

Petition for review docketed and dismissed, on motion of petitioner and consent of respondent.

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Genevieve
WASHBURN.

No. 13188.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

John E. Hughes, of Chicago, Ill., for respondent.

PER CURIAM.

Petition for review docketed and dismissed, on motion of petitioner and consent of respondent.